# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DWAYNE E. LOUCKS,** | : | **CIVIL ACTION NO. 1:04-CV-0366** |
| **Plaintiff** | : | **(Judge Conner)** |
| v. | : | |
| **JASON JAY, et al.,** | : | |
| **Defendants** | : | |

## ORDER

AND NOW, this 14th day of June, 2005, upon consideration of plaintiff's motion (Doc. 75) to strike as untimely defendants' brief in reply (Doc. 69), filed on April 28, 2005, with respect to defendants' motion to dismiss (Doc. 61), and it appearing that the brief in reply was timely filed in accordance with Local Rules, see L.R. 7.7 ("[A] brief in reply to matters argued in respondent's brief may be filed by the moving party within ten (10) days after service of the respondent's brief."), it is hereby ORDERED that the motion (Doc. 75) is DENIED.

                                                            S/ Christopher C. Conner
                                                           CHRISTOPHER C. CONNER
                                                           United States District Judge