# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DWAYNE E. LOUCKS,** | : | **CIVIL ACTION NO. 1:04-CV-0366** |
| **Plaintiff** | : | **(Judge Conner)** |
| v. | : | |
| **JASON JAY, et al.,** | : | |
| **Defendants** | : | |

## ORDER

AND NOW, this 18th day of July, 2005, upon consideration of plaintiff's request for entry of default (Doc. 77), and it appearing that defendants filed a timely motion to dismiss the complaint (Doc. 81) in accordance with the Federal Rules of Civil Procedure, see FED. R. CIV. P. 55(a) (permitting entry of default against a party who "has failed to plead or otherwise defend"), it is hereby ORDERED that the request (Doc. 77) is DENIED.

    S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge