# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DWAYNE E. LOUCKS,** | : | **CIVIL ACTION NO. 1:04-CV-0366** |
| **Plaintiff** | : | **(Judge Conner)** |
| v. | : | |
| **JASON JAY**, et al., | : | |
| **Defendants** | : | |

## ORDER

AND NOW, this 6th day of April, 2006, upon consideration of plaintiff's "Motion for completion of discovery and documents" (Doc. 113), and it appearing that plaintiff is simply notifying the court that he has completed discovery, it is hereby ORDERED that the motion is construed as a notice to court. The Clerk of Court is directed to TERMINATE the motion (Doc. 113).

                                                  /s/ Christopher C. Conner
                                                  CHRISTOPHER C. CONNER
                                                  United States District Judge