IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DWAYNE E. LOUCKS,** | : | CIVIL ACTION NO. 1:04-CV-0366 |
| Plaintiff | : | (Judge Conner) |
| v. | : | |
| **JASON JAY**, et al., | : | |
| Defendants | : | |

## ORDER

AND NOW, this 7th day of September, 2006, upon consideration of plaintiff's "Motion and Brief in Support of Exhibits and Facts for Trial for completion of discovery and documents" (Doc. 126), and it appearing that plaintiff is simply submitting exhibits for trial, it is hereby ORDERED that the motion is construed as a notice to court. The Clerk of Court is directed to TERMINATE the motion (Doc. 126).[1]

    S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge

---

1. Inasmuch as plaintiff requests a date certain for trial, his request is denied.