IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DWAYNE E. LOUCKS**, | : | CIVIL ACTION NO. 1:04-CV-0366 |
| Plaintiff | : | (Judge Conner) |
| v. | : | |
| **JASON JAY**, et al., | : | |
| Defendants | : | |

## ORDER

AND NOW, this 4th day of October, 2006, upon consideration of plaintiff's motion for appointment of counsel (Doc. 120), and it light of the matter proceeding to trial, it is hereby ORDERED that the motion (Doc. 120) is conditionally GRANTED inasmuch as the court will request appointment of *pro bono* counsel on his behalf. See 28 U.S.C. § 1915(e)(1); Tabron v. Grace, 6 F.3d 147, 155-57 (3d Cir. 1993).

1. Appointment of a volunteer attorney by the *pro bono* chair of the Middle District Chapter of the Federal Bar Association is requested. See 28 U.S.C. § 1915(e)(1); L.R. 83.34.3.

2. The Clerk of Court shall direct that a copy of this order be sent to the *pro bono* chair and that the court be informed in due course whether a voluntary attorney will enter his or her appearance on behalf of plaintiff in these proceedings. See L.R. 83.34.3.

    S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge