**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **DWAYNE E. LOUCKS,** | : | **CIVIL ACTION NO. 1:04-CV-0366** |
| | : | |
| **Plaintiff** | : | **(Judge Conner)** |
| | : | |
| v. | : | |
| | : | |
| **JASON JAY, et al.,** | : | |
| | : | |
| **Defendants** | : | |

## ORDER

AND NOW, this 22nd day of November, 2006, upon consideration of this Court's Order (Doc. 131) conditionally granting plaintiff's motion for appointment of counsel and referring the matter to the *pro bono* chair of the Middle District Chapter of the Federal Bar Association for appointment of a volunteer attorney, and it appearing that volunteer counsel has not yet been secured, and it further appearing that the trial of this matter is scheduled to commence in approximately ten days (Doc. 118), it is hereby ORDERED that:

1. Jury selection and trial of this matter, which is scheduled for Monday December 4, 2006, is hereby CONTINUED pending further order of court.

2. The Clerk of Court shall forward a copy of this Order to the *pro bono* chair of the Middle District Chapter of the Federal Bar Association.

3. The *pro bono* chair is requested inform the Court in due course whether a volunteer attorney will enter his appearance on behalf of plaintiff in these proceedings. See L.R. 83.34.3.

                                             S/ Christopher C. Conner
                                             CHRISTOPHER C. CONNER
                                             United States District Judge