IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DWAYNE E. LOUCKS,** | : | **CIVIL ACTION NO. 1:04-CV-0366** |
| **Plaintiff** | : | **(Judge Conner)** |
| v. | : | |
| **JASON JAY**, et al., | : | |
| **Defendants** | : | |

## ORDER

AND NOW, this 8th day of January, 2007, upon consideration of plaintiff's motion to reopen discovery deadlines (Doc. 144), and it appearing that counsel has recently undertaken representation of plaintiff, and it further appearing that defendants will not be prejudiced by a reopening of the discovery deadlines, it is hereby ORDERED that:

1. The motion (Doc. 144) is GRANTED and the discovery period is REOPENED.

2. Discovery shall conclude on or before March 15, 2007.[1]

3. Plaintiff's *pro se* pretrial motions (Docs. 132, 133, 138, 140, 145), are DENIED in light of the fact that plaintiff is now represented by counsel. Plaintiff is advised that the court will not accept any *pro se* filings and that any future motions are to be filed by his counsel.

   S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge

---

[1] Considering the amount of time that this matter has been pending before the court, and the discovery that has been conducted to date, the court, in its discretion, declines to reopen the period until April 27, 2007, as requested by plaintiff.